UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X
                                    :
CAROLE LOUIS-JUSTE,                 :
                                    :
              Plaintiff,            :     **ORDER**
                                    :
        -against-                   :     08 Civ. 4883 (JSR)(MHD)
                                    :
COMMISSIONER OF SOCIAL SECURITY,    :
                                    :
              Defendant.            :
                                    :
------------------------------------X

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

    It is hereby **ORDERED** as follows:

1. Defendant is to serve and file her answer by no later than **MONDAY, JULY 28, 2008**.

2. Defendant is to serve her motion for judgment on her pleadings by no later than **THURSDAY, AUGUST 28, 2008**.

3. Plaintiff is to serve his responding papers by no later than **MONDAY, SEPTEMBER 29, 2008**.

DATED:   New York, New York
         June 16, 2008

                                        SO ORDERED.


                                        _____
                                        MICHAEL H. DOLINGER
                                        UNITED STATES MAGISTRATE JUDGE



Copies of the foregoing Order have been mailed this date to:

Irwin B. Silverman, Esq.
Law Office Allyson J. Silverman
166 East Central Avenue
Spring Valley, NY 10977

Susan D. Baird, Esq.
U.S. Attorney's Office, SDNY
86 Chambers Street
New York, NY 10007