ORIGINAL

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SUSAN D. BAIRD
Assistant United States Attorney
86 Chambers Street - 3rd Floor
New York, New York  10007
Tel. (212) 637-2713
Fax. (212) 637-2750

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                :
CAROLE LOUIS-JUSTE,             :
                                :
            Plaintiff,          :
                                :
     - v. -                     :
                                :   STIPULATION AND ORDER
MICHAEL J. ASTRUE,              :   08 Civ. 4883 (JSR)(MHD)
Commissioner of                 :
Social Security,                :
                                :
            Defendant.          :
                                :
- - - - - - - - - - - - - - - - x

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the defendant and the plaintiff, that: (1) the defendant's time to answer or move with respect to the complaint in the above-captioned action is extended from July 28, 2008 to and including September 26, 2008, and (2) the defendant will move for judgment on the pleadings by October 27, 2008, and plaintiff will respond to the motion by November 26, 2008.  The reason for the

request is to give the Social Security Administration sufficient time to evaluate its litigation position in this case. No prior extensions have been requested in this case.

Dated:  New York, New York
        June 30, 2008

                                                  */s/ Irwin B. Silverman*
                                        IRWIN B. SILVERMAN, ESQ.
                                        Attorney for Plaintiff
                                        166 East Central Avenue
                                        Spring Valley, New York  10977
                                        Telephone No.: (845) 425-1642

                                        MICHAEL J. GARCIA
                                        United States Attorney
                                        Southern District of New York
                                        Attorney for Defendant

                              By: */s/ Susan D. Baird*
                                        SUSAN D. BAIRD
                                        Assistant United States Attorney
                                        86 Chambers Street - 3rd Floor
                                        New York, New York  10007
                                        Telephone No.: (212) 637-2713
                                        Susan.Baird@usdoj.gov

SO ORDERED: 7/11/08

_____
UNITED STATES MAGISTRATE JUDGE